United States District Court

Eastern District of California

Terry J. Burton,

     Petitioner,             No. Civ. S 02-0675 LKK PAN P

  vs.                        Order

D. L. Runnels, et al.,

     Respondents.

-oOo-

    June 23, 2005, respondent requested an extension of time to respond to the pleading.  Good cause appearing, respondent's request is granted and time is extended until August 1, 2005.

    So ordered.

    Dated:  June 23, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge